**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Interface IP Holdings LLC,            )<br>                                                        )<br>            Plaintiff,            )<br>                                                        )<br>        v.                                        )<br>                                                        )<br>Travelzoo, Inc.,                              )<br>                                                        )<br>            Defendant.        )<br>                                                        ) | Civil Action No. 14-1284-LPS-CJB<br><br>**DEMAND FOR JURY TRIAL** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

WHEREAS, pursuant to Rule 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss an action without Court order before the opposing party serves either an answer or a motion for summary judgment; and

WHEREAS, Defendant has not served either an answer or motion for summary judgment;

NOW THEREFORE, Plaintiff, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, with each side to bear its own costs and fees.

Dated:  November 13, 2014                                Respectfully submitted,

                                                                            FARNAN LLP

                                                                            /s/ Brian E. Farnan
                                                                            Brian E. Farnan (Bar No. 4089)
                                                                            919 North Market Street, 12th Floor
                                                                            Wilmington, DE 19801
                                                                            (302) 777-0300
                                                                            bfarnan@farnanlaw.com
                                                                            *Counsel for Plaintiff*